AMELIA L. WOLF, as Administratrix of the Estate of JOSEPH F. WOLF, Deceased, Appellant and Respondent, *v.* BALTIMORE AND OHIO RAILROAD COMPANY, Respondent and Appellant.

(Argued April 18, 1935; decided May 3, 1935.)

584

*John Van Voorhis* for plaintiff, appellant and respondent.

*William C. Combs* for defendant, respondent and appellant.

Appeal by plaintiff dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. CROUCH, LOUGHRAN and FINCH, JJ.

On appeal by defendant, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and CROUCH, JJ.